IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

COREY LANDON MCCOMAS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-2418

Opinion filed July 16, 2014.

An appeal from the Circuit Court for Okaloosa County.

W. Timothy Weekley, Shalimar, for Appellant.

No appearance for Appellee.

PER CURIAM.

        DISMISSED.  This dismissal is without prejudice to appellant's right to file

a petition for belated appeal.  See Fla. R. App. P. 9.141(c).

LEWIS, C. J., WOLF and WETHERELL, JJ., CONCUR.